# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | **CIVIL ACTION NO. 1:04-CV-0812** |
| **Plaintiff** : | **(Judge Conner)** |
| v. : | |
| **JULIE A. REX and GORDON C. REX,** : | |
| **Defendants** : | |

## ORDER

AND NOW, this 31st day of October, 2005, it is hereby ORDERED that plaintiff's unopposed motion (Doc. 12) to confirm the August 30, 2005 United States Marshal sale of the foreclosed real property, located at RR3 Box 15-1, New Ringgold, Pennsylvania, is GRANTED.  The United States Marshal is directed to execute and deliver to MICHAEL E. CAIRNES and KATHI M. CAIRNES, their successors and assigns, a good and sufficient deed, conveying all the right, title, and interest of JULIE A. REX and GORDON C. REX in and to the premises sold, located at RR3 Box 15-1, New Ringgold, Pennsylvania, 17960.  Jurisdiction in the above-captioned matter is retained for such further orders or decrees as may be necessary.

   S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge