# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | **CIVIL ACTION NO. 1:04-CV-0812** |
| **Plaintiff** : | **(Judge Conner)** |
| v. : | |
| **JULIE A. REX and GORDON C. REX,** : | |
| **Defendants** : | |

## **ORDER**

AND NOW, this 22nd day of November, 2005, upon consideration of plaintiff's motion for disbursement of funds (Doc. 14) from the sale of real property located at RR3 Box 15-1, New Ringgold, Pennsylvania, and of the order of court dated October 31, 2005 (Doc. 13), confirming the sale of that property, it is hereby ORDERED that the motion (Doc. 14) is GRANTED.  The United States Marshal is directed to distribute the proceeds of the sale in accordance with the schedule of distribution (see Doc. 14).

    S/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge